# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                                     Case No.  6:12-cr-66-Orl-22KRS

RALPH BROOKS RIVERA

---

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Rule 11, F.R.Cr.P. and Rule

6.01(c)(12), Middle District of Florida Local Rules, and has entered a plea of guilty to Count One,

Two, Three and Four of the Indictment. After cautioning and examining the Defendant under oath

concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was

knowledgeable and voluntary and that the offenses charged are supported by an independent basis in

fact containing each of the essential elements of such offense. I therefore recommend that the

amended plea agreement and the plea of guilty be accepted and that the Defendant be adjudged guilty

and have sentence imposed accordingly. The Defendant is in custody of the U.S. Marshal pending

sentencing.

Date:   October 18, 2012

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from
the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before
the assigned United States District Judge. 28 U.S.C. Section 636(b)(1)(B), Rule 6.02 Middle District of
Florida Local Rules.

Copies furnished to:

United States Attorney
United States Probation Office
Counsel of Record:
District Judge